Filed 8/6/24  P. v. Garcia CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ALONZO MIGUEL GARCIA,<br><br>    Defendant and Appellant. | 2d Crim. No. B331553<br>(Super. Ct. No. 2022018214)<br>(Ventura County) |

Alonzo Miguel Garcia appeals an order of probation granted following his conviction of infliction of a corporal injury upon an intimate partner (two counts), assault by force likely to cause great bodily injury, and the making of criminal threats, with findings of aggravating circumstances.  (Pen. Code, §§ 273.5, subd. (a), 245, subd. (a)(4), 422[1]; Cal. Rules of Court, rule 4.421(a) [circumstances in aggravation].)

On February 10, 2023, the prosecutor filed a felony information charging Garcia with three counts concerning crimes

---

[1] All statutory references are to the Penal Code.

of domestic violence and one count of making of criminal threats against his girlfriend, G.A.  At a jury trial, G.A. testified to Garcia's acts of slapping and striking her, pulling her inside his vehicle by her hair, and choking her.  G.A. received hospital examination and care for the choking incident.  Garcia also sent G.A. text messages threatening to burn down her home and beat her to death.

The jury convicted Garcia of infliction of a corporal injury upon an intimate partner (two counts), assault by force likely to cause great bodily injury, and the making of criminal threats. (§§ 273.5, subd. (a), 245, subd. (a)(4), 422.)  Separately, the trial court found aggravating circumstances in sentencing.  The court suspended imposition of sentence and placed Garcia on formal probation with terms and conditions including confinement in county jail for 210 days.  The court ordered payment of certain fines and fees and awarded Garcia 57 days of presentence custody credit.

We appointed counsel to represent Garcia in this appeal. After counsel's examination of the record, he filed an opening brief raising no issues.

On June 17, 2023, we advised Garcia that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal.  We have not received a response.

We have reviewed the entire record and are satisfied that Garcia's attorney has fully complied with his responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment (order) is affirmed.
NOT TO BE PUBLISHED.


                                    GILBERT, P. J.

We concur:



        BALTODONO, J.



        CODY, J.

3

Anthony J. Sabo, Judge

Superior Court County of Ventura

_____

Charles Thomas Anderson, under appointment by the
Court of Appeal, for Defendant and Appellant.
No appearance for Plaintiff and Respondent.